# EXHIBIT B

US007725725B1

(12) **United States Patent**
Odom

(10) **Patent No.:** **US 7,725,725 B1**
(45) **Date of Patent:** *May 25, 2010

(54) **USER-SELECTABLE SIGNATURES**

(76) Inventor: **Gary Odom**, 123 NW. 12th Ave., #1545, Portland, OR (US) 97209

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 733 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/615,966**

(22) Filed: **Dec. 23, 2006**

**Related U.S. Application Data**

(63) Continuation of application No. 10/090,520, filed on Mar. 4, 2002, now Pat. No. 7,350,078.

(60) Provisional application No. 60/286,457, filed on Apr. 26, 2001.

(51) **Int. Cl.**
*H04L 9/32* (2006.01)

(52) **U.S. Cl.** ..................................... **713/176**; 713/183

(58) **Field of Classification Search** ................. 713/176, 713/183
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,226,172 A | 7/1993 | Seymour et al. | |
| 5,229,764 A | 7/1993 | Matchett | |
| 5,442,342 A | 8/1995 | Kung | |
| 5,491,752 A | 2/1996 | Kaufman et al. | |
| 5,638,513 A * | 6/1997 | Ananda | 726/5 |
| 5,664,099 A * | 9/1997 | Ozzie et al. | 726/29 |
| 5,787,169 A * | 7/1998 | Eldridge et al. | 713/165 |
| 5,896,497 A | 4/1999 | Halstead | |
| 6,052,468 A | 4/2000 | Hillhouse | |
| 6,193,153 B1 | 2/2001 | Lambert | |
| 6,205,204 B1 | 3/2001 | Morganstein et al. | |
| 6,209,104 B1 | 3/2001 | Jalili | |
| 6,442,692 B1 | 8/2002 | Zilberman | |

| | | | |
|---|---|---|---|
| 6,466,781 B1 * | 10/2002 | Bromba et al. | 455/411 |
| 6,480,825 B1 * | 11/2002 | Sharma et al. | 704/270 |
| 6,618,806 B1 * | 9/2003 | Brown et al. | 713/186 |
| 6,636,975 B1 * | 10/2003 | Khidekel et al. | 726/10 |
| 6,647,400 B1 * | 11/2003 | Moran | 707/205 |
| 6,647,498 B1 * | 11/2003 | Cho | 726/17 |
| 6,651,168 B1 * | 11/2003 | Kao et al. | 713/185 |
| 6,657,614 B1 * | 12/2003 | Ito et al. | 345/168 |
| 6,671,813 B2 * | 12/2003 | Ananda | 726/3 |
| 6,732,278 B2 * | 5/2004 | Baird et al. | 726/7 |
| 6,751,734 B1 * | 6/2004 | Uchida | 713/186 |
| 6,766,456 B1 * | 7/2004 | McKeeth | 726/2 |
| 6,895,514 B1 * | 5/2005 | Kermani | 726/19 |
| 6,948,154 B1 * | 9/2005 | Rothermel et al. | 717/128 |
| 6,957,337 B1 * | 10/2005 | Chainer et al. | 713/186 |
| 7,065,786 B2 * | 6/2006 | Taguchi | 726/18 |
| 7,136,490 B2 * | 11/2006 | Martinez et al. | 380/284 |
| 7,200,804 B1 * | 4/2007 | Khavari et al. | 715/230 |
| 7,386,731 B2 * | 6/2008 | Sanai et al. | 713/183 |
| 7,409,705 B2 * | 8/2008 | Ueda et al. | 726/5 |
| 7,444,517 B2 * | 10/2008 | Dayan et al. | 713/184 |
| 7,506,174 B2 * | 3/2009 | Davis et al. | 713/186 |
| 2001/0047488 A1 * | 11/2001 | Verplaetse et al. | 713/202 |

(Continued)

*Primary Examiner*—David García Cervetti

(57) **ABSTRACT**

Computer login may comprise any user-determined submission. A user may select among different devices for input, select the signal content, and as well select the types of signals used for a login signature. Account identification may be inferred by signature rather than explicitly stated. A plurality of discontiguous data blocks in a plurality of files may be employed for validation. The paths to data used in validation may be multifarious, regardless of the prospects for successful authorization.

**20 Claims, 10 Drawing Sheets**



**US 7,725,725 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0002678 A1* | 1/2002 | Chow et al. | 713/169 |
| 2002/0002685 A1* | 1/2002 | Shim | 713/200 |
| 2002/0083339 A1* | 6/2002 | Blumenau et al. | 713/201 |
| 2002/0087894 A1* | 7/2002 | Foley et al. | 713/202 |
| 2002/0091937 A1* | 7/2002 | Ortiz | 713/200 |
| 2002/0141586 A1* | 10/2002 | Margalit et al. | 380/270 |
| 2003/0056120 A1* | 3/2003 | Liu et al. | 713/202 |
| 2004/0128508 A1* | 7/2004 | Wheeler et al. | 713/170 |
| 2006/0036547 A1* | 2/2006 | Yasuhara | 705/44 |

* cited by examiner



**FIGURE 1**



**FIGURE 3**



**FIGURE 4**



**FIGURE 2**



**FIGURE 5**



FIGURE 6



**FIGURE 7**

**FIGURE 8**



**FIGURE 9**



**FIGURE 10**



**FIGURE 11**



**FIGURE 12**

**FIGURE 13**



FIGURE 14



180 POST-SUBMISSION VALIDATION

9 SUBMISSION

2 INPUT SIGNALS

47 ACCUMULATE SIGNAL DATA

44 SUBMISSION COMPLETED ?

45 NO

46 YES

18 VALIDATION

27 AUTHORIZATION

**FIGURE 15**

181 INCREMENTAL VALIDATION

9 SUBMISSION

2 INPUT SIGNALS

88 CONTINUING INPUT

18 VALIDATION

27 AUTHORIZATION

**FIGURE 16**



**FIGURE 17**



FIGURE 18

U.S. Patent          May 25, 2010          Sheet 10 of 10          US 7,725,725 B1



Figure 19

US 7,725,725 B1

**1**

## USER-SELECTABLE SIGNATURES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 10/090,520 filed Mar. 4, 2002 now U.S. Pat. No. 7,350,078, which is a non-provisional filing of provisional application 60/286,457, filed on Apr. 26, 2001. As such, this application claims priority to Apr. 26, 2001.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

### THE NAMES OF THE PARTIES TO A JOINT RESEARCH AGREEMENT

Not Applicable

### INCORPORATION-BY-REFERENCE OF MATERIAL SUBMITTED ON A COMPACT DISC

Not Applicable

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The relevant technical field is computer login security.

2. Description of the Related Art

Including Information Disclosed Under 37 CFR 1.97 and 1.98

Computer login traditionally consists of a user typing in an account name and a password. Historically, access validation (authenticating a password one an account name is known) has been through reading data from a single password file comprising account name and encrypted password. Once a single account and a typed password is known, system security can be compromised. Once encryption for a single password is broken, all other passwords are potentially comprised, as all passwords and account names are conveniently located in the single password file and use the same encryption.

### BRIEF SUMMARY OF THE INVENTION

Computer login may comprise any user-determined submission, including a plurality of transmissions for which submission may be passively terminated. Preferably a user determines the input devices and signal types as well as the content of signals, thus make submission theft more difficult and less likely.

Account identification may be inferred by signature rather than explicitly stated. Overt account identification provides an entry point for hacking; with inferred account identification, this entry point is eliminated.

A plurality of discontiguous data blocks (keys) in a one or more files may be employed for validation. This ameliorates having a single authentication key that, once accessed, may be deciphered and security compromised.

Multiple trajectories to keys, hence multiple paths to authorization as well as ersatz trajectories and paths when submission will not garner authorized access, obfuscate validation protocol to spy software and devices.

**2**

These aspects are independent: one does not rely upon the other. Any one or all may be employed to enhance computer login security.

Access privileges for accounts are not germane. Determining or setting account access privileges are separate operations that occur after submission validation and authorization.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is a block diagram of a computer suitable for practicing the invention.

FIG. **2** depicts the access authentication process.

FIG. **3** depicts an embodiment of identification and signature comprising submission.

FIG. **4** depicts an embodiment of signature solely comprising submission.

FIG. **5** depicts classifying signals by their transmission and signal types.

FIG. **6** depicts simple and composite signals.

FIG. **7** depicts active submission termination.

FIG. **8** depicts passive submission termination.

FIGS. **9** & **10** depict example submission screens.

FIG. **11** depicts account creation.

FIG. **12** depicts a key.

FIG. **13** depicts a key unit.

FIG. **14** depicts an example of key indexing.

FIG. **15** depicts validation after submission termination.

FIG. **16** depicts incremental validation.

FIG. **17** depicts the validation process.

FIG. **18** depicts an example of validation key trajectory resulting in access.

FIG. **19** depicts an example of validation key trajectory resulting in authorization failure.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a block diagram of a desktop computer **100** which comprises a CPU **102**; storage **103**, which comprises memory **104** and optionally one or more devices with retention medium(s) **105** such as hard disks, diskettes, compact disks, or tape; an optional display device **101**; and one or more input devices **106**, examples of which include but are not exclusive to: a keyboard **108**; one or more pointing devices **107**, such as a mouse; or a biometric device **109**, such as a fingerprint reader. The mouse is the most popular pointing device **107** for desktop computers **100**. In the description below, mention of a mouse is meant to include pointing devices **107** of any type, including, for example, a pen or stylus used in computing devices where a user may "write" upon a screen. The described software may be employed on such a computer **100**. As well, the software described may find application in other computer-like devices requiring secured access, including hand-held or embedded devices.

In the following description, software-determined protocol includes exemplary methods or techniques such as algorithms; or non-algorithmic methods or techniques, including, for example, fuzzy logic or neural network pattern matching; or, random or pseudo-random determinations. A random or pseudo-random technique that results in seemingly arbitrary selection, the equivalent of software rolling dice, is referred to as non-deterministic.

In the following description, protocols, algorithm types, data types, and types of data, such as transmission **11**, signal **21**, packaging **13**, sequencing **15**, or encryption **14** types or protocols, are identifiable using binary identification codes (type identifiers), by data length, or other data signature, such

US 7,725,725 B1

3

as a uniquely identifiable bit pattern, or by convention, such as known location (offset) within a data structure.

FIG. 2 depicts the access authentication process 97, comprising submission 9, validation 18, and authorization 27. Naturally, an account 100 must be created 10 before any access authentication process 97 may occur.

Submission 9 comprises one or more transmissions 1 intended for authenticating access to a computer 100 or network of computers 100. As depicted in FIG. 3, in one embodiment, a submission 9 comprises identification 3 and signature 4. Historically, an account name would be an identification 3, and a password a signature 4. If surety of uniqueness may be assured, in an alternate embodiment, a submission 9 comprises a single signature 4s, as depicted in FIG. 4, supplanting separate identification 3 & signature 4a while providing for the dual components of identification 3 and signature 4. With submission 9 solely comprising signature 4s, an account 109 may be identified by the signature 4s data itself, or by having an account identifier 109 embedded within a key 6 that has been accessed during validation 18 of the signature 4s.

A transmission 1 is user input into the computer 100 via one or more input devices 106, whereupon termination of transmission 1 is recognizable, and resulting in at least one signal 2. There may be different types 11 of transmissions 1, examples of which include mouse 107 movements or clicks, keyboard 108 entry, or combinations thereof. Other types 11 of transmissions 1 is possible with different input devices 106, such as, for example, voice transmission 1 if the computer 100 is equipped with a microphone and speakers.

Multiple-device 106 transmission 1m is conceivable. An example of a multiple-device 106 transmission 1 is a combination of mouse 107 movement while one or more keys 108 are pressed, as depicted in FIG. 6.

A signal 2 is a set of related software-recognizable data from a single transmission 1. A plurality of signals 2 of different types 21 may emanate from a single transmission 1. For example, typing a word may yield the signals 2 of entered keys 210 and the timing between keystrokes 211. Another example: mouse 107 movement of the cursor may yield signals 2 of locations 214, velocities, duration, and shape pattern (s) (such as script signatures, drawn characters, and so on) 215.

A transmission 1 of composite signals 2C comprising a plurality of simple signals 2S is conceivable. For example, a multiple-device 106 transmission 1m produces a composite signal 2C if matching to signals 2 of both devices 106 is required, as does requiring signal match 5 of multiple signal types 21 from a single-device transmission 1.

Signal data 22 may be categorized by its transmission type 11 and/or signal type 21, as depicted in FIG. 5. For easy identification, each possible transmission type 11 or signal type 21 may be assigned a unique ordinal. Hypothetically, if a multiple-device 106 transmission 1 is identified as a unique transmission type 11, the range of transmission types 11 may extend to the factorial of all possible input devices 106, depending upon the embodiment employed. To avoid unnecessary complication, consider signal type 21 as potentially additive (rather than combinatorial): for example, a keymouse transmission 1 could be considered as comprising key 108 plus mouse 107 signals 2, rather than some uniquely identifiable key-mouse signal type 21.

Identification 3 is at least one transmission 1 of an account identifier 109. Historically, identification 3 has been a keyed-in account name 109. Employing the invention, identification 3 comprises at least one signal 2 from at least one transmission 1. A translation table, algorithmic method, or other software-determined protocol, with or without encryption 14,

4

may be employed if identification 3 or signature 4s does not represent the actual account identifier 109.

A signature 4 is at least one transmission 1 intended as a security precaution to preclude unauthorized access 39. Historically, a single signal 2 of a single transmission 1 has typically been used for a signature 4, namely a password, which is a signature 4 of a single word of text. A pass-phrase is a signature 4 of a plurality of words of text.

A plurality of transmissions 1 or signals 2 may be used for identification 3 or signature 4. In some embodiments, a user may determine the transmission(s) 1, signal(s) 2, transmission type(s) 11, or signal type(s) 21 that comprise a submission 9. Alternately, transmission 1 or signal 2 determination accords with a software-determined protocol.

Historically, validation 18 has required an absolute signal match 5 to input 22: for example, no deviance from a character-based password has been permitted. With mouse 107 movements, or other difficult-to-exactly-replicate signals 2, however, some tolerance may be permitted. Signal 22 tolerance should be allowed when appropriate, and may be set by software-determined protocol or user selection. For example, deviance up to 10% from recorded signal match 5 for keystroke timing 211 may be acceptable. Similarly, as another example, mouse click location may vary within a radius of 10 pixels and still be tolerated. As multiple signals 2 may comprise a submission 9, the need for exactness for any single signal 2 to properly authenticate access 97 is lessened.

Termination of submission 9 may be active or passive. FIGS. 7 & 8 illustrate. Inputting a password or pass-phrase, for example, is typically terminated by pressing the 'Enter' key or clicking an equivalent acknowledge button 43 using the mouse 107. As another example, inputting mouse 107 movement may be actively terminated by a mouse 107 click. With active termination 78, a user terminates submission 9 through a prescribed indication 25. With passive termination 77, software terminates submission 9 without overt user action, but instead when a predetermined condition is met 26. Examples of passive termination 77 include: recording mouse 107 movement or sound for a limited time, or until a certain elapsed time absent further input; until sufficient signal 2 has been input to allow a signal match 5; or until a succeeding transmission 1 of another transmission type 11 or signal type 21 commences, the change of type 11 itself indicative of previous transmission 1 termination. For example, changing from cursor/mouse movement to mouse button clicking may be considered a change in signal type 21, and hence a possible basis for passive termination. Biometric transmission 1 is typically passively terminated 77: software terminates submission 9 when sufficient biometric signals 2 have been recorded.

Termination 23 of identification 3 or signature 4 may occur using any number of protocols: passively 77 by a predetermined or user-selected number of transmissions 1; final transmission 1 by a particular type of action; active termination 78 by a final gesture, such a key or button press; passive termination 77 by time out of a predetermined duration or sufficiency of data collection. Another example: incremental validation 181 permits passive termination 77 via absence of next key trajectory 7, or, alternately, completed signal matching 5 of all relevant keys 6.

FIGS. 9 & 10 depict an example account input 99 or post-account 109 creation submission 9 screen 40, employed to input at least a signature 4. (In one embodiment, account identifiers 3 may be assigned.) Text transmission(s) 1 can be input in the text input dialog 41 comprising a text input control 42 and acknowledge button 43. Signature 4 transmission(s) 1 can be input, and input signals 2 recorded. FIG. 9

US 7,725,725 B1

5

depicts dragging the text input dialog **41** down the screen **40** as a transmission **1** (by pressing the proper mouse **107** button when the cursor is over an appropriate section of dialog **41**, thus selecting the dialog **41**, then moving the mouse **107** while keeping the button pressed). The dragging action in this example is terminated by a mouse-up (releasing the mouse **107** button).

In one embodiment, a user may determine as part of account creation **99** which signal types **21** are to be considered for validation **18** of subsequent submissions **9**. This is an editing process that may be construed as part of account input **99**. For example, after submission termination **23**, having recorded signals **2** for account input **99**, as depicted in the example of FIG. **10**, the user may select, via checkbox controls as shown, which signal types **21** of the transmission **1** depicted in FIG. **9** are to be considered for the transmission **1** being recorded. The checkboxes are specific to types of signals **21** appropriate to the type of transmission **11** employed. In the described example, the checkboxes (for signal type **21** selection) appear only for account input **99**, not when a user is making a submission **9** after an account **109** has been created, as the prerequisite signals **2** for signature **4** or identification **3** have already been stored.

FIG. **9** depicts a button **25** for submission termination **78**. A termination button **25** or its equivalent is necessary only with active termination **78**. Initial input for account creation **10** may use active termination **78** which is later edited out during a subsequent signal **2** and transmission **1** selection process, resulting in passive termination **77**.

There is an embodiment whereby a user may determine some or all of the transmissions **1** or transmission types **11** comprising account input **99**. There is an embodiment whereby a user may determine which signal types **21** of select transmissions **1** comprise account input **99**. Otherwise, software-determined protocol may determine all or some transmissions **1** or signals **2** comprising account input **99**.

In one embodiment, account input **99** captures all transmission **1** signals **2** until actively terminated **78**. In an alternate embodiment, account input **99** may be passively terminated **77**. In one embodiment, transmissions **1** and signals **2** from account input **99** may be edited, the user selecting signals **2** and termination, such that only select, edited signals **2** and termination types are employed as account submission **9**. In alternate embodiments, as aspects of account input **99**, signals **2** may not be edited or user-selected, or termination **23** type user-determined.

FIG. **11** depicts account creation **10**, in the beginning of which account input **99** provides one or more signals **2** from one or more transmissions **1** for packaging into one or more keys **6**. Each user account **109** has at least one key **6** for access authentication **97**.

There are two aspects to account creation **10**: packaging **13**, and key **6** creation or employment **16**.

Packaging **13** tells how to interpret keys **6**, including stored match signals **5**. Overt packaging **13** is optional, and may vary by embodiment. Packaging **13** may be implicit by software-determined protocol, obviating the need for overt, data-based packaging **13**. There may be two optional aspects to packaging **13**: encryption **14** and signal sequencing **15**.

Encryption **14** refers to encrypting or decrypting all or part of key **6** data. Encryption **14** is optional, but recommended. Encryption **14** employment may vary by embodiment. In one embodiment, the same encryption **14** protocol or algorithm is used throughout (thus, predetermined). In alternative embodiments, encryption **14** may vary by software-determined protocol or by user selection on a per-user or per-signal

6

**2** basis. If a plurality of protocols are used for encryption **14**, the protocol **14** employed must be identifiable.

As a suggestion for encryption **14**, initial input signals **2** in the first transmission **1** may comprise a parametric seed for encrypting one or more keys **6**. Caution is advised if non-exact signal matching **5** is tolerated, as close may not good be enough for decryption using such a seed technique, but it is possible to incorporate tolerance into an encryption **14** algorithm, so that an acceptable margin of error for signal matching **5** may also suffice for decryption as well. Mathematical rounding is a suggested technique allowing such tolerance; as well employing a subset of possible signals **2**, such as a high and low, or using one or more algorithmically-derived values, such as median or mean.

Signal sequencing **15** is codification of the order of signals **2**. Signal sequencing **15** may be predetermined (software-determined), such as, for example, input order, or, alternately, a predetermined prioritization. In alternative embodiments, signal sequencing **15** may vary by software-determined protocol or by user selection. If a plurality of protocols are used for signal sequencing **15**, the protocol employed must be identifiable.

Sequencing **15** and encryption **14** may be combined, offering further opportunity for obscuring decipherment of packaging **13** protocols.

During account creation **10**, each selected signal **2** is optionally encrypted **14**, encoded for subsequent signal matching **5**, and stored in keys **6**, which are stored in key files **8**, for subsequent access authentications **97**.

As in the prior art, each account **109** must be unique. For accounts **109** where submission **9** comprises identification **3** and signature **4A**, identification **3** must be unique. For accounts where submission **9** comprises signature **4s**, the signature **4s** itself must be unique. During account creation **10**, this can be verified by attempting to validate **18** the appropriate component of a submission **9** for a new account **109** prior to establishing the account **10**.

A key **6** may contain account **109** identification **3**.

As depicted in FIG. **11**, a key unit **16** is a virtual or actual collection of signal matches **5**. As in one embodiment a single key **6** may have a plurality of signal matches **5**, and thereby function as a plurality of keys **5** in alternate embodiments, a key **6** may comprise a key unit **16**. A key file **8** as an actual or potential collection of keys **6** a key unit **8**. An established account **109** may be considered a virtual aggregation of the keys **6** used to validate **18** submission **9** for that account **109**, hence also represents a key unit **16**.

A key file **8** comprises at least one key **6**. A key file **8** may comprise a plurality of keys **6**, or what deceptively may be keys **6**: a key file **8** may have pseudo-keys as key file **8** filler. In one embodiment, key files **8** may be a uniform number of bytes, regardless of the number of keys **6** stored in a key file **8**. Keys **6** may be in files **8** not exclusively comprising keys **6** (or pseudo-keys); in other words, a key file **8** may as well be employed for other purposes, comprising files **8** comprising unrelated data or even executable code.

As depicted in FIG. **12**, a key **6** may comprise packaging **13**, at least one signal match **5** facility, and at least one next key trajectory **7**. In alternate embodiments, key **6** composition varies; the minimum requirement is that a key **6** comprises at least one signal match **5**. Packaging **13** and next key trajectory **7** inherency may vary.

A signal match **5** is a signal **2** stored in a key **6** during account creation **10**, used for validation **18** of a subsequent submission **9** signal **2**. A key **6** may comprise a plurality of signal matches **5**.

US 7,725,725 B1

7

A next key trajectory **7** vectors validation **18** to the next key **6**, or, if the terminal key **6***t*, results in forwarding match results **33** for authorization **27**, by absence of next key trajectory **7** in one embodiment. Next key trajectories **7** are a sequential organizational facility for keys **6**.

Next key trajectories **7** may be obviated by having a single key **6** with sufficient contiguous signal matches **5** for validation **18**, whereupon the signal matches **5** within the key **6** are sequenced, organized, indexed, or otherwise knowable by software-determined protocol in relation to packaging **13**.

As the correspondence of signal match **5** to key **6** varies by embodiment, so too where a next key trajectory **7** leads. Depending upon restrictions that may be imposed in an embodiment, a next key trajectory **7** may lead to a key **6** in the same key file **8** as the last key **6**, a key **6** in another key file **8**, or the same key **6** if the key **6** holds a plurality of signal matches **5**.

Next key trajectory **7** provides all or part of a reference to the next key **6** used in validation **18**, if there is a next key **6**. A next key trajectory **7** may be encrypted **14**.

A next key trajectory **7** may be combined with other data that may have been or need to be mathematically transposed to determine the next key **6**. For example, all or a portion of an account **109** identifier **3**, part of a signal match **5**, or some portion of packaging **13** may be combined with the next key trajectory **7** as a next key **6** identifier. Next key trajectory **7** may comprise or reference an offset in a key file **8**. A next key trajectory **7** may reference a key index entry **62**.

A key **6** may include a plurality of next key trajectories **7**, in which case a different next key trajectory **7** may be selected based upon signal match **5** results—one or more next key trajectories **7** for a correct signal match **5**, likewise for an wrong signal match **5**. With a plurality of next key trajectories **7**, a next key trajectory **7** may be selected based upon signal match **5** results, or by software-determined protocol, or a combination thereof.

Packaging **15** may be encoded as part of the next key trajectory **7**. For example, a next key trajectory **7** may include the signal sequencing **15** that identifies next signal match **5** type **21**. In this instance, if the next input signal **2** cannot be of the same type **21** as the next signal match **5**, authorization **27** may fail **86**. Knowing that at that point, a wrong trajectory protocol **7***w* may be invoked to avoid identifying a proper key unit **16**.

A submission **9** comprising identification **3** followed by signature **4***a* is easier to validate **18** than a submission **9** solely comprising signature **4***s*: knowing an account identifier **3** provides the means to know what the signature **4***a* should be.

Historically, identification **3** has not been relied upon for security. Signature **4** has played gate-keeper to unauthorized access **39**, not account identification **3**.

An initial key **6***i* that may ultimately lead to authorized **27** access **39** must associate to an account **109**, either directly or by reference. There may be keys **6** for which authorization **27** cannot succeed **86** that may not associate to an account **109** for which access **39** may be obtained. A key unit **16** for which authorized **27** access **39** is unobtainable is referred to as a fake key **6***w*:

Organize key units **16** as an optimization. Various conventions of organizing or indexing accounts **109**, keys **6**, and key files **8** may be employed. In alternate embodiments, the same organizing principles may be applied at the level of key **6**, key file **8**, or account **109**.

Optimally, keys **6** are organized to facilitate rapid search for signal matches **5**, particularly for finding initial signals **2***i* when submission **9** solely comprises signature **4***s*. Keys **6** may

8

be sorted. For example, keys **6** for initial signals **2***i* may be arranged in binary sorted order by signal type **21** and signal **2**.

Key files **8** may be organized by account **109**, or by transmission type **11**. Key files **8** may be organized by signal type **21**, with keys **6** within files **8** organized by input ordinal. Alternately, an initial key file **8***i* may comprise all possible initial keys **6***i* (of first signal matches **5**), possibly organized or indexed by signal type **21**. One or more key files **8** may contain one or more indexes **61** to keys **6** within their respective files **8**.

A key file **8** may include an index, or key files **8** themselves be indexed. The next key trajectory **7** may provide next key **6** lookup via an index **61**. A key file **8** may include an index **61***i* to initial signal keys **6***i*. The index **61** may comprise key trajectories **7**, including key trajectories **7** to possible first keys **6***i*, which may be organized by transmission type **11** and/or signal type **21**.

FIG. **14** depicts an example of key **6** indexing. Key **6** indexing **61** or organization is recommended when submission solely comprises signature **4***s* where a user may input signals **2** in any user-determined manner. Depicted in FIG. **14** is a key file **801** with a key index **61**, specifically an initial key index **611**. The depicted initial key index **611** contains references to keys **6***i* that contain at least initial signals **2**.

In the FIG. **14** example, only initial keys **6***i* are indexed. In this example, checking possible initial keys **6***i* constitutes initial key trajectory **71**. One or more next key trajectories **7** in an initial key **6***i* may indicate keys **8** for succeeding signal matching **5**, like links in a chain, so only an index of initial keys **6***i* is required. Alternately, a single key **6** may contain all necessary signal matches **5** for validation **18**.

A key index **61** may reference keys **6** in different files **8**. As depicted in the FIG. **14** example, initial key index **611** entries **62** reference keys **6** of the same input signal type **21**. Initial key code keys **210**, for example, reference keys **6210** in the same file **801** as the index **611**, while keystroke timing keys **6211** referenced by the keystroke timing index entry **211** reside in another key file **802**. Key indexing **61** is an optimization.

A key code & mouse click key index entry **217** is depicted in FIG. **14** as an example of a composite signal **2**. The key code & mouse click key index entry **217** may reference keys **6** comprising multiple signal matches **5**, one for each simple signal **2** (key code **210** and mouse click **212**), or, alternately, reference multiple keys **6**, each with simple signal matches **5** that altogether comprise the composite signal **2**.

Without key file **8** organization or key indexing **61**, more keys **6** may need to be considered than just those keys **6***i* for initial signal matches **5**. With next key trajectories **7** referring to subsequent keys **6**, optimally, only potential initial keys **6***i* need be searched to commence validation **18**.

FIG. **15** depicts post-submission validation **180**: input signals **2** are accumulated **47** and submission **9** completed **46** before validation **18** commences. FIG. **16** depicts incremental validation **181**: validation **18** is concurrent with submission **9** transmission **1**. In other words, with incremental validation **181**, validation **18** may progress with each signal **2** or transmission **1**.

Submission termination **23** must be known using post-submission validation **180**. This is a potential drawback: unless software-determined protocol determines submission termination **23**, passive termination **77** cannot be accomplished using post-submission validation **180**; active termination **78** must be used. For full user-determined submission **9**, employ incremental validation **181**, which has the con-

US 7,725,725 B1

9

comitant advantage of immediate knowledge of authorization failure 86, allowing wrong key trajectory 7w protocol interposing.

FIG. 17 depicts the validation 18 process, which is similar regardless whether post-submission validation 180 or incremental validation 181 is employed.

Incremental validation 181 may commence once the first transmission 1 completes, or, in a more sophisticated embodiment, ongoing 88 with signal input 2. In a concurrent validation 181 embodiment, initial signal keys may be accumulated 50 and subsequent unmatched keys discarded 51 concurrent with transmission 1, on a signal-by-signal 2 basis.

Validation 18 commences by accumulating possible keys 55 based upon signal match 54 between signals 2 of the first transmission 1 and possible initial signal keys 52. For subsequent transmissions 1, accumulated keys are discarded 59 by failure to match signals 57. Match results 33 are passed to authorization 27 when there are no keys remaining 73 or no next key trajectories 7 for remaining keys 75. As long as there are remaining keys 34 with next key trajectories 74, the process of discarding keys that don't match 51 continues 818.

FIGS. 18 & 19 depict examples of the access authentication 97 process. FIGS. 18 & 19 illustrate an example of one-to-one correspondence between signal match 5 and key 6. Through access to one or more keys 6 which may reside in one or more key files 8, validation 18 produces signal match results 33, upon which authorization 27 permits access 29, allows retry 28 of submission 9, or denies access 27.

Full submission 9 comprises a set of signals 2 upon which access 39 may be granted 72. Incomplete submission 9 comprises a set of signals 2 to which additional user input is ongoing 88, and for which by themselves 2 authorization 27 would not succeed 86.

In an example depicted by FIG. 18, the first trajectory 71 is to a key 6i in a key file 8i determined by signal type 21. Keep in mind that this process may be repeated for all possible initial keys 6i. For example, consider key 108 transmission 1 input 2, with two possible corresponding signals 2: key (character) codes 210, and timing of key strokes (rhythm) 211. As an example, a key unit 16 of key code signal type 21 might be accessed to search keys 6 for signal matches 5 of key code 210 signals 2. It may be, for example, that user-selected signal selection was employed, with initial key code 210 signals 2 for the first input to be ignored, and key rhythm 211 used. A key code 210 match 5 may be found, but it would be wrong in this example, though with incremental signal matching 5, this would not be known at first. A key unit 8 of key rhythm 211 signal types 21 would also find a match 5 after the second key code (as rhythm is the timing between successive keystrokes), this time (in this example) for the correct user. In this example, the key 6 with rhythm 211 signal match 5 may have sequence packaging 15 indicating that key code 210 is ignored for this transmission 1. So, in this example of incremental validation 181, initial signal input 2 has multiple signal matches 5, narrowing possibilities in the initial transmission 1 to two possible accounts meriting validation 18 consideration. In this example, subsequent input signals 2 narrow validation 18 to a single account 109 by a sequential process of elimination.

So, with incremental validation 181 there may need to be a plurality of input signals 2 before signal match 5 may effectively commence. In the example above, where key rhythm 211 is the first signal 2 to be matched 5, two key code 210 signals 2 must be input before key rhythm 211 may even be considered.

In the example of FIG. 18, validation 18 accesses three key files 8 through successive key trajectories 7, bundling match

10

results 33 for authorization 27. In the depicted example, input signals 2 are validated 18 in input order interactively 88 with input 2. In other words, validation 18 is incrementally contemporaneous 88 with submission 9. In an alternate embodiment with alternate sequencing 15, input signal 2 validation 18 may not commence until submission 9 is completed 46. The described example facilitates rapid authorization 27 by incremental validation 18. Actually, while access 39 may marginally be accelerated by incremental validation 18, only lack is authorization 86 is notably rapidly facilitated, as continued input 2 of a submission 9 that cannot possibly be validated 18 may be interrupted so that a user may retry 63.

FIG. 19 depicts an example of an embodiment employing a wrong trajectory protocol 7w. Wrong trajectory protocol 7w is employed as a means of obfuscation targeted at computer monitoring devices. In the depicted example, keys 6 are constructed with multiple key trajectories 7, with at least one trajectory to a succeeding key 6 whereupon authorization 27 may succeed 72, and at least one trajectory 7w whereupon access 39 is hopeless (fake keys 6w). In the example, signal match 77 in the initial key 77 in the initial key file 8i mismatches. In this case, key trajectory 7w leads to a fake key 6w that cannot result in successful authorization 86: whatever key 6 or key file 8 pinball is used, authorization fails 86.

Trajectories 7 may be selected non-deterministically. This suggestion is most effective when there are multiple possible trajectories 7, including wrong key trajectories 7w, that augur either for authorization success 72 or failure 86.

For example, a key 6 may contain six next key trajectories 7, three of which are wrong key trajectories 7w. Depending upon signal match 5 results, one of the three right or wrong trajectories 7 are non-deterministically chosen. This example presupposes sequences of keys 6 strung together by next key trajectories 7 that play out to authorization 27. It is possible for different next key trajectories 7 to diverge to different (possibly duplicate) keys 6 that later converge back to the same key 6.

As described, validation protocols 18 may vary, and different protocols may be combined. Multiple non-deterministic trajectory 7 paths, including wrong trajectory 7w, is one example. In some embodiments, validation protocol 18 authorizing 27 access 39 may use different trajectories 7. Duplicate signal matches 5 in different keys 6 in the same or different key files 8 may be employed to have various paths to authorization 27. As another suggestion, different signal sequencing 15 may be employed to differ trajectories 7.

The following is claimed:

**1.** A computer-implemented process comprising:

receiving user indication of signature input recording;

recording user input signals by type from at least one user-selected device among a plurality of selectable user input devices connected to a single computer,

wherein a signal comprises a set of related software-recognizable data of the same type received from at least one input device,

wherein a signal type comprises a category of measurable variable input associated with at least one user-selectable input device, and

wherein at least one user-selectable input device affords recording a plurality of signal types;

terminating said recording;

storing at least a portion of said recording;

creating a signature based at least in part upon at least a portion of said stored recording; and

storing said signature.

**2.** The process according to claim 1, wherein said recording comprises signals from a plurality of user-selected devices.

US 7,725,725 B1

**11**

3. The process according to claim 1, further comprising:
receiving user indication to edit said signature;
receiving user selection of at least one signal type from a plurality of signal types associated with at least one user input device of said recording;
editing said stored signature to exclude recorded data of at least one signal type.

4. The process according to claim 1, further comprising:
comparing a subsequent signature submission to at least a portion of said recording,
and accepting said comparison within a predetermined degree of inexactness,
thereby authenticating said subsequent signature.

5. The process according to claim 4, wherein said predetermined degree comprises a user-designated tolerance.

6. The process according to claim 1, further comprising presenting at least a portion of said recording to said user for editing,
wherein said presented recording portion does not comprise text-character codes.

7. The process according to claim 1, wherein at least a portion of said recording comprises at least one signal type comprising signal input from a plurality of devices.

8. The process according to claim 1, further comprising:
dividing a stored signature into distinguishable data portions,
wherein each said distinguishable data portion comprises a key;
linking keys of a signature,
said links determined at least in part by sequential order of user input corresponding to recorded signals;
dividing a plurality of stored signatures into keys;
receiving a first portion of user input data;
accumulating keys of a plurality of signatures based upon matching stored key data to said first portion of user input data;
subsequently, iteratively receiving a plurality of portions of user input data and performing a corresponding authentication step for each portion,
wherein, upon receiving each subsequent portion after said first portion, discarding from further processing previously accumulated keys based upon failure in matching respective key data to said user input data portion; and
whereby continuing said iterative process until completing authentication by matching said last key to correspond-ing said user input data portion, or by process of elimination determining authentication impossible.

9. The process according to claim 1, wherein said signature comprises signals from at least one category determined by received input after said storing at least a portion of said recording.

10. A computer-implemented process comprising:
commencing signature input recording;
recording user input signals by type from at least one user-selected device among a plurality of selectable user input devices connected to a single computer,
wherein a signal comprises a set of related software-rec-ognizable data of the same type received from at least one input device,
wherein a signal type comprises a category of measurable variable input associated with at least one user-select-able input device, and
wherein at least one user-selectable input device affords recording a plurality of signal types;
terminating said recording;
storing at least a portion of said recording;

**12**

creating a signature using said stored recorded user input signals from a plurality of categories of measurable vari-able input; and
storing said signature.

11. The process according to claim 10, wherein said sig-nature comprises signals from at least one signal type deter-mined by received input after said storing at least a portion of said recording.

12. The process according to claim 10, wherein passively terminating said recording.

13. The process according to claim 10, further comprising:
dividing a stored signature into distinct data portions;
recording and storing a second series of user input signals after storing said signature,
wherein said second series of user input signals are received in incremental portions;
comparing at least one said distinct data portion to at least one said incremental portion;
storing said comparison; and
determining whether to continue receiving and storing a succeeding incremental portion based upon said com-parison.

14. The process according to claim 10, further comprising:
comparing a subsequent signature submission to at least a portion of said recording,
and accepting said comparison within a predetermined degree of inexactness,
thereby authenticating said subsequent signature.

15. A computer-implemented method for recording input and creating a signature comprising:
recording user input signals by type from at least one user-selected device among a plurality of selectable user input devices connected to a single computer,
wherein a signal comprises a set of related software-rec-ognizable data of the same type received from at least one input device,
wherein a signal type comprises distinct measurable vari-able input associated with at least one user-selectable input device, and
wherein recording a plurality of signal types for at least one user-selected device;
terminating said recording;
storing at least a portion of said recording;
creating a signature based at least in part upon at least a portion of said stored recording; and
storing said signature.

16. The method according to claim 15, wherein said sig-nature comprises signals from at least one signal type deter-mined by received input after said storing at least a portion of said recording.

17. The method according to claim 15, wherein creating said signature using recorded signals from a plurality of sig-nal types.

18. The method according to claim 15, further comprising:
dividing a stored signature into distinct data portions; and
incrementally authenticating a second series of user input signals to said signature by comparing said second series of user input signals to their respective distinct data portions of said stored signature.

19. The method according to claim 15, wherein creating said signature from input signals from a plurality of user-selected input devices.

20. The method according to claim 15, wherein said sig-nature comprises in part signals from a pointing device.

* * * * *