# Exhibit A-1



Fig. 1





Fig. 2

1. Use your **dominant fingers** to record the fingerprint information and **move your finger** while recording to make sure your fingerprint information is recorded **completely**;



Why can I not add Fingerprints?                                                    ✕

Please don't worry, there are some methods that may help you:

1. Only **five** fingerprints can be added at one time. Please check if you have added 5 fingerprints;

2. Make sure the Fingerprint sensor and the fingers are **clean and dry**;

3. Change **other fingers** to record fingerprint information;

4. Enter Settings>**Fingerprint, face and password(Fingerprints and passwords)>Delete Fingerprint,** delete existing fingerprint and then add new fingerprints again;

5. **Upgrade** your phone to the latest version;

6. Clear the data of **Fingerprint**;

7. Access Settings>More settings>**Backup & Reset>Reset(Restore) all settings**. Don't worry, no data or media will be deleted;

8. Access Settings>More settings>**Backup & Reset>Erase all data**>Reset phone. It will delete all data on your phone. Please back up your important data before doing it.

## Fig. 3

## In-Display Fingerprint Scanning
## Unlocking the Potential of the FullView™ Display

With an optical fingerprint sensor hidden beneath the display, V11's In-Display Fingerprint Scanning technology can accurately identify you. Eliminating the visible fingerprint pad results in a beautiful design, seamless from top to bottom, with effortless unlocking capabilities and a striking, futuristic feel.

Fig. 4

## Powerful Performance

At the heart of the V11 is the powerful octa-core acceleration chip from Qualcomm, the Snapdragon 660AIE. In addition to the chip's raw power, the V11 features a substantial 6GB of RAM, and 128GB of storage space. Meanwhile the latest Funtouch OS 4.5 (based on Android 8.1) and our Jovi AI Engine deliver a more efficient allocation of CPU and memory resources than ever before. From simple operations to intensive game play - your V11 can handle whatever you throw at it with ease.

Fig. 5

## 6GB RAM + 128GB ROM
## Run Faster.Store More

The V11 comes with a 6GB RAM + 128GB ROM setup truly befitting of a flagship phone. The 6GB RAM delivers ultra-smooth performance, handling multiple large apps without breaking a sweat. The 128GB of storage saves you from the stress of running low on space. Got a ton of movies, images and apps you can't live without? The V11 has you covered - upload them all with room to spare.

Fig. 6