**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ALTPASS LLC,**<br><br>Plaintiff**,**<br><br>v.<br><br>**VIVO COMMUNICATION TECHNOLOGY CO. LTD.**<br><br>Defendant. | **CIVIL ACTION NO. 2-20-cv-00232**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF HAO NI**

Notice is hereby given that the undersigned attorney, Hao Ni, enters his appearance in this matter for Plaintiff, Altpass LLC, for the purpose of receiving notices and orders from the Court.

DATED January 25, 2022.

Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4602
Fax: (972) 314-0900
E-mail: hni@nilawfirm.com

**ATTORNEY FOR PLAINTIFF**
**ALTPASS LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of January, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                */s/ Hao Ni*
                                                Hao Ni