IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>Plaintiff**,**<br><br>v.<br><br>**VIVO COMMUNICATION TECHNOLOGY CO. LTD.**<br><br>Defendant. | **CIVIL ACTION NO. 2-20-cv-00232**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Altpass LLC's ("Plaintiff") Motion to Dismiss with Prejudice (the "Motion"). In the same, Plaintiff dismisses its claims against Defendant Vivo Communication Technology Co. LTD ("Defendant") with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having considered the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, the Court **RECOGNIZES** that pursuant to the Motion, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to CLOSE the above-captioned case.

**So ORDERED**