**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALTPASS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:20-cv-00232-JRG-RSP |
| VIVO COMMUNICATION | § | |
| TECHNOLOGY CO. LTD., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Motion to Dismiss with Prejudice filed by Plaintiff Altpass LLC. (Dkt. No. 5.) The Court **GRANTS** the Motion and, pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 8th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE